UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HERMAN SLOAN,<br><br>           Petitioner,<br><br>      v.<br><br>JEFF LYNCH,[1]<br><br>           Respondent. | No.  2:19-cv-02508-KJM-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent filed an answer and lodged documents relevant to the petition, but the lodged documents are incomplete.  In particular, pages are missing from two exhibits, which are pertinent to this Court's review of Petitioner's pending claims.  See ECF Nos. 20-10 (Exhibit 6) & 20-13 (Exhibit 9).

Accordingly, IT IS HEREBY ORDERED that Respondent lodge complete copies of Exhibits 6 and 9 within 14 days of this order.

Dated:  August 29, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Jeff Lynch, Warden at California State Prison, Sacramento, is hereby substituted as the Respondent in this action pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases.

1